IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                              CASE NO. 4:06CV001628SWW

GEORGE NICHOLAS WILSON AND
MARY S. WILSON                                                       DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this date, judgment is entered in favor of Plaintiff and against Defendants in the amount of $128,676 plus statutory interest from November 22, 2004 at the rate established by 26 U.S.C. § 6621.

IT IS SO ORDERED this 26th day of November 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE